1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant LE
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-14-632-JD
                                       )
12                      Plaintiff,     )    STIPULATION TO CONTINUE;
                                       )    [PROPOSED] ORDER CONTINUING
13  vs.                                )    CASE AND EXCLUDING TIME UNDER
                                       )    THE SPEEDY TRIAL ACT
14  VU HUNG LE,                        )
                                       )
15                      Defendant.     )
    _____)
16

17        IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18  STATUS CONFERENCE date of January 23, 2015, presently scheduled at 10:00 a.m., before

19  the Honorable James Donato, be vacated and re-set for March 20, 2015, at 1:30 p.m.

20        The requested continuance is sought under The Speedy Trial Act, 18 U.S.C. §

21  3161(h)(7)(A),(B)(iv).  The defense requires additional time for investigation, consultation

22  between client and counsel, and legal research prior to making a decision as to whether to

23  request a trial date or enter a change of plea.  Mr. Le works full time during weekdays and his

24  newborn child is currently hospitalized with a heart condition.  These challenges make it more

25  difficult for client and counsel to discuss and review the case.  This would be the first appearance

26  before the District Judge, and defense counsel was out of the office for nearly two weeks since

this case was last called before the United States Magistrate.

The parties agree and stipulate that the time from January 23, 2015 until March 20, 2015, should be excluded, under 18 U.S.C. §3161(h)(7)(A), (B)(iv) for effective preparation of counsel and to give time for counsel and client to meet given Mr. Le's family health situation and job schedule. The continuance is necessary to accommodate effective preparation of counsel.


Date    01/21/15                              /s/
                                     _____
                                     John Paul Reichmuth
                                     Assistant Federal Public Defender
                                     Counsel for defendant Gibson


Date    01/21/15                              /s/
                                     _____
                                     Roger Dinh
                                     Special Assistant United States Attorney


ORDER

The Court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. Furthermore, the Court finds the continuance is necessary because defense counsel needs more time to research and investigate this case and discuss with Mr. Le his options, including whether to request a trial date or enter a change of plea.

Based on these findings, it is hereby ORDERED that the above-captioned matter be continued to **February 13, 2015**, at 1:30 p.m., and that time be excluded from the date of this Order, until February 13, 2015, pursuant to 18 U.S.C. §§3161 (h)(7)(A), (B)(iv).

IT IS SO ORDERED.


_____January 21, 2015_____
Date

HON. [  ]                    
UNITED S[  ]       JUDGE

2