STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-14-632-JD |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE; [PROPOSED] ORDER CONTINUING |
| vs. | ) CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| VU HUNG LE, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the CHANGE OF PLEA HEARING date of April 15, 2015, presently scheduled at 1:30 p.m., before the Honorable James Donato, be vacated and re-set for May 21, 2015, at 8:30 a.m.

The requested continuance is sought under The Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D), (7)(A) and (B)(iv). The defense needs additional time to review the plea agreement with Mr. Le. Mr. Le's infant child is having heart surgery on April 22, 2015, and she will be cardiac catheterized on April 14, the day before the scheduled plea date. Mr. Le has been advised by medical staff that his daughter may have to remain in the hospital overnight following her cardiac catheterization on April 14, 2015, thus Mr. Le would be entering a guilty plea while his child is in the hospital. The parties agree that Mr. Le should be permitted to enter the plea

1

after these procedures are completed. The parties have been advised that the next available calendar is May 21, 2015. An additional basis for exclusion lies in the defense's continued need to investigate this case to prepare for sentencing. The parties agree and stipulate that the time from the signing of this order until May 21, 2015, should be excluded, under 18 U.S.C. § 3161 (h)(7)(A), (B)(iv) for effective preparation of counsel, to give time for counsel and client to meet given Mr. Le's family health commitments, and to allow Mr. Le to address family health commitments, so they do not impede his efforts to understand and knowingly enter his plea.

Date 04/09/15

/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant Le

Date 04/09/15

/s/
Roger Dinh
Special Assistant United States Attorney

2

ORDER

The Court finds the continuance is necessary because of the need for effective preparation of counsel, to give time for counsel and client to meet given Mr. Le's family health commitments, and to allow Mr. Le to address family health commitments, so they do not impede his efforts to understand and knowingly enter his plea.

Based on these findings, it is hereby ORDERED that the above-captioned matter be continued to May 21, 2015, at 8:30 a.m., and that time be excluded from the date of this Order until May 21, 2015, pursuant to 18 U.S.C. §§3161 (h)(7)(A), (B)(iv).

IT IS SO ORDERED.

April 10, 2015
Date

HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE

3